UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. ~~Michael A. Shipp~~ MARK FALK |
| v. | : | Magistrate No. 08- |
| MICHAEL VENCE | : | SEALING ORDER |

This matter having come before the Court upon the application of the United States of America (Ronnell L. Wilson, Assistant U.S. Attorney, appearing), for an arrest warrant, and its concurrent application that the Indictment returned against the person named in the warrant be filed under seal, and good cause having been shown,

IT IS on this 15 day of May, 2008

ORDERED that, except for: (1) such copies of the arrest warrant as are necessary to accomplish its purpose, and (2) such copies of the Indictment to be provided to the Union County Prosecutor's Office, the Indictment and all other documents filed in this matter hereby are SEALED until the arrest warrant is executed or upon further order of the Court.

~~HONORABLE MICHAEL A. SHIPP~~ MARK FALK
UNITED STATES MAGISTRATE JUDGE