UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 08-356 |
| V. : | |
| : | |
| MICHAEL VENCE : | ORDER |
| : | |

This matter having come before the Court on the application of defendant Michael Vence by The Office of The Federal Public Defender (David A. Holman, Assistant Federal Public Defender appearing), for an order modifying the conditions of bail set by Magistrate Judge Michael Shipp on June 10, 2008, and the United States (Assistant United States Attorney Ronnell Wilson) appearing, having no objections to this modification,

IT IS on this 31st day of October, 2008,

ORDERED that the conditions of bail shall be modified to permit the defendant to seek education and employment as approved by pretrial services.

IT IS FURTHER ORDERED that all other conditions of bail shall remain in effect.

HONORABLE FREDA L. WOLFSON
UNITED STATES DISTRICT JUDGE