UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L. Wolfson |
| v. | : | Crim. No. 08-356 (FLW) |
| MICHAEL VENCE | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint
application of Ralph J. Marra, Jr., Acting United States Attorney
for the District of New Jersey (by Ronnell L. Wilson, Assistant
U.S. Attorney), and defendant Michael Vence (by David Holman,
Assistant Federal Public Defender) for an order granting a
continuance of the proceedings in the above-captioned matter to
pursue plea negotiations, and the defendant being aware that he
has the right to have the matter brought to trial within 70 days
of the date of his appearance before a judicial officer of this
court pursuant to Title 18 of the United States Code, Section
3161(c)(1), and as the defendant has consented to such a
continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should
be continued for the following reasons:

1.  Plea negotiations are currently in progress, and
both the United States and the defendant desire additional time
to finalize a plea agreement, which would render trial of this
matter unnecessary;

2.  The grant of a continuance will likely conserve judicial resources;

3.  Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___5th___ day of January 2008,

IT IS ORDERED that this action be, and it is hereby continued from January 10, 2009 through March 10, 2009; and the trial is scheduled for March 23, 2009, or a date to be set by the Court; and it is further

ORDERED that the period from January 10, 2009 through March 10, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON.  Freda L. Wolfson
United States District Judge

Form and entry
consented to:

Ronnell L. Wilson
Assistant U.S. Attorney

David Holman, AFPD
Counsel for defendant Michael Vence

Michael Vence