UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L. Wolfson, U.S.D.J. |
| v. | : | Criminal No. 08-356 (FLW) |
| MICHAEL VENCE | : | **CONTINUANCE ORDER** |

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Jennifer Davenport, Assistant U.S. Attorney) and defendant Michael Vence (David Holman, Assistant Federal Public Defender) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render a trial of this matter unnecessary;

(2) Defense attorney had a conflict and could not try this case in March, 2009 but wanted to maintain continuity of representation;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 16th day of March 2009,

ORDERED that this action be, and it hereby is, continued from March 13, 2009 through June 15, 2009; and the trial is scheduled for June 15, 2009; and it is further

ORDERED that the period from March 13, 2009 through June 15, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8); and

IT IS FURTHER ORDERED that all pretrial motions are to be filed by May 1, 2009, opposition to any pretrial motions are due on May 15, 2009, and the return date for pretrial motions is June 5, 2009.

HONORABLE FREDA L. WOLFSON
UNITED STATES DISTRICT JUDGE

Acknowledged by:

Jennifer Davenport
Assistant U.S. Attorney

David Holman, AFPD
Counsel for defendant Michael Vence

_____
Michael Vence